DORETTE A. WISE et al., Appellants, *v.* HIRESTRA LABORATORIES, INC., Respondent, Impleaded with Others.

Submitted March 3, 1942; decided March 19, 1942.

*Robert R. Bauman* and *Arthur L. Obre* for appellants.

*Louis H. Robinson* for respondent.

Appeal withdrawn upon payment of twenty-five dollars costs and disbursements. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.